UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-mj-02884-Reid

FILED BY KAN D.C.
May 2, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

RAFAEL ESPINAL and
MANUEL ALVAREZ,

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Yvonne Rodriguez-Schack
Yvonne Rodriguez-Schack
Assistant United States Attorney
FL Bar No. 794686
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305.961.9014
Email: Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RAFAEL ESPINAL and<br>MANUEL ALVAREZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:24-mj-02884-Reid<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __April 23, 2024__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lewis Hosch, Special Agent DEA
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 05/02/2024

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against RAFAEL ESPINAL and MANUEL ALVAREZ for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about April 23, 2024, a CGC MOHAWK detected a go-fast vessel (GFV) approximately 62 nautical miles south of Hatillo, Dominican Republic (DR) in international waters. The GFV had two individuals on board, a monkey, several bales on deck, and displayed

no indicia of nationality. The CGC MOHAWK was diverted to interdict and investigate. The Joint Interagency Task Force-South shifted tactical control of the CGC MOHAWK to Coast Guard District 7. District 7 assumed tactical control of CGC MOHAWK and granted a Statement of No Objection for the CGC MOHAWK to conduct a Right of Visit boarding. The CGC MOHAWK launched their over the horizon (OTH) cutter boat with a USCG boarding team and gained positive control of the vessel.

4. When the USCG boarding team arrived alongside, the GFV had two individuals on board and one monkey claimed to be a pet. Both individuals claimed Dominican nationality for themselves and for the vessel. District 7 granted an SNO to enact the ship boarding provision of the US/DR BILAT to conduct full law enforcement boarding and conduct forms exchange with the Government of the Dominican Republic. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The two individuals on board were later identified as RAFAEL ESPINAL and MANUEL ALVAREZ. USCG personnel conducted IONSCAN swipes of the individual's hands resulting in positive hits for presumptive heroin and cocaine. The USCG boarding team recovered and seized a total of seventeen (17) bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 482 kilograms of cocaine. Both individuals, along with the suspected cocaine, were transferred to the CGC MOHAWK.

[THIS AREA INTENTIONALLY LEFT BLANK.]

6. Based on the foregoing facts, I submit that probable cause exists to believe that RAFAEL ESPINAL and MANUEL ALVAREZ, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_Lewis Hosch_
Lewis Hosch
Special Agent
Drug Enforcement Administration

Attested to by the Affiant in accordance with Requirements of Fed.R.Crim.P 4.1 by FaceTime this  2nd  day of May, 2024.

_Lisette Reid_
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3